# EXHIBIT A

## EMBRY DEVELOPMENT COMPANY, LLC

### Transcation Details

| Account | Stmt Date | Trans. Date | Type | Withdrawals/CC Charges | Name | Description (Bank Statement) |
|---|---|---|---|---|---|---|
| 806935917 | 01/31/20 | 01/10/20 | Wire | **$46,500.00** | Embry Development Company, LLC | 01/10 ONLINE DOMESTIC WIRE TRANSFER VIA : PINNACLE BANK / 061101294 A / C : EMBRY DEVELOPMENT COMPANY LLC BUFORD GA 30518 US REF : MALLETZ / BNF / MALLETZ IMAD : 0110B1QGC01C002417 TRN : 3920800010ES |
| 806935917 | 02/28/20 | 02/19/20 | Wire | **$46,500.00** | Embry Development Company, LLC | 02/19 ONLINE DOMESTIC WIRE TRANSFER VIA : PINNACLE BANK / 061101294 A / C : EMBRY DEVELOPMENT COMPANY LLC BUFORD GA 30518 US REF : PAUL NEW VISION ROTH IRA / BNF / MALLETZ IMAD : 0219B1QGC02C002175 TM : 3762500050ES |
| 10000913295 | 12/31/20 | 12/14/20 | Wire | **$93,000.00** | Embry Development Company, LLC | OUTGOING WIRE TRANSFER WIRE REF # 20201214-00011729 |
| 806935917 | 12/31/20 | 12/17/20 | Wire | | Embry Development Company, LLC | FEDWIRE CREDIT VIA : PINNACLE BANK / 061101294 B / O : EMBRY DEVELOPMENT COMPANY LLC CARNESVILLE GA 30521 REF : CHASE NYC / CTR / BNF - DRIVE PLANNING , LLC ATLANTA GA 30308-1227 US / AC - 0000 00008069 RFB = O / B PINNACLE BAN IMAD : 1217GMQFMP01005637 TRN : 3484609352FF |
| 10000913295 | 01/29/21 | 01/13/21 | Wire | **$100,000.00** | Embry Development Company, LLC | PC NON - REPETITIVE WIRE WIRE REF # 20210113-00011568 |
| 10000913295 | 02/26/21 | 02/02/21 | Wire | **$186,000.00** | Embry Development Company, LLC | PC NON - REPETITIVE WIRE WIRE REF # 20210202-00002337 |
| 10000913295 | 06/30/21 | 06/24/21 | Wire | **$279,000.00** | Embry Development Company, LLC | PC NON - REPETITIVE WIRE WIRE REF # 20210624-00012892 |
| 806935917 | 11/30/21 | 11/04/21 | Wire | **$39,500.00** | Embry Development Company, LLC | 11/04 ONLINE DOMESTIC WIRE TRANSFER VIA : PINNACLE BANK / 061101294 A / C : EMBRY DEVELOPMENT COMPANY LLC BUFORD GA 30518 US REF : 2ND HALF OF 11 / 2 / BNF / 2ND HALF OF 11/2 IMAD : 1104B1QGC06C006810 TRN : 3269521308ES |
| 806935917 | 11/30/21 | 11/04/21 | Wire | **$100,000.00** | Embry Development Company, LLC | 11/04 ONLINE DOMESTIC WIRE TRANSFER VIA : PINNACLE BANK / 061101294 A / C : EMBRY DEVELOPMENT COMPANY LLC BUFORD GA 30518 US REF : 11/3/21 NEW NOTE / BNF / 11 / 2 / 21 NOTE IMAD : 1104B1QGC02C006138 TRN : 3288701308ES |
| 10000913295 | 11/30/22 | 11/03/22 | Wire | **$1,300,000.00** | Embry Development Company, LLC | BRANCH WIRE TRANSFER WIRE REF # 20221103-00020239 |
| 10000913362 | 03/31/23 | 03/15/23 | Wire | **$4,500,000.00** | Embry Development Company, LLC | OUTGOING WIRE TRANSFER WIRE REF # 20230315-00010921 |
| | | | | **$6,690,500.00** | | |