# EXHIBIT 4

Fulton County Superior Court
***EFILED***MH
Date: 12/4/2023 10:54 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

EMBRY DEVELOPMENT COMPANY, LLC,

Plaintiff,

v.

DRIVE PLANNING, LLC and
R. TODD BURKHALTER,

Defendants/Counterclaim Plaintiffs,

v.

JAMES MICHAEL EMBRY,

Third-Party Defendant.

CAFN: 2023CV384406

**JURY TRIAL DEMANDED**

**JAMES MICHAEL EMBRY'S ANSWER TO THIRD PARTY COMPLAINT OF DRIVE PLANNING**

COMES NOW Third-Party Defendant James Michael Embry ("Embry"), by and through undersigned counsel, and hereby files this Answer showing the Court as follows:

**FIRST DEFENSE**

Third-Party Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

Third-Party Plaintiff's Complaint fails, in whole or in part, do to illegality of contract.

Without waiving the above enumerated defenses, Embry respond to the numbered allegations of Third-Party Plaintiff's Complaint as follows:

**PARTIES**

1. Admitted.
2. Denied.
3. Admitted.
4. Admitted.

5. Embry avers that any Promissory Note entered into between the parties speak for itself.
6. Embry avers that any Promissory Note entered into between the parties speak for itself.
7. Embry admits that Drive Planning provided certain funds. Embry denies the remaining allegations in Paragraph 7.
8. Denied.
9. Denied.
10. OMITTED.
11. Denied.

**COUNT ONE: BREACH OF CONTRACT**

12. Embry reincorporates his responses to Paragraphs 1 through 11 as if set forth verbatim herein.
13. Denied.
14. Denied.
15. Denied.

**COUNT TWO: UNJUST ENRICHMENT**

16. Embry reincorporates his responses to Paragraphs 1 through 15 as if set forth verbatim herein.
17. Denied.
16. Denied.[1]
17. Denied.
18. Denied.

**COUNT THREE: ATTORNEYS' FEES**

19. Embry reincorporates his responses to Paragraphs 1 through 18 as if set forth verbatim herein.
20. Denied.
21. Denied.

[11] Third-Party Plaintiff's Complaint repeats Paragraph 16.

**WHEREFORE**, Embry respectfully requests that this Complaint be dismissed with prejudice.

Respectfully submitted this the 4th day of December, 2023.

**GAMBLE CLARK LLP**

/s/ Aaron M. Clark
Aaron M. Clark
Ga Bar No. 295700
869 Virginia Circle
Atlanta, Georgia 30306
Tel. 404. 291.5195
Fax 404.393.0902
aaron.clark@gambleclarklaw.com

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| EMBRY DEVELOPMENT COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DRIVE PLANNING, LLC and<br>R. TODD BURKHALTER,<br><br>Defendants/Counterclaim Plaintiffs,<br><br>v.<br><br>JAMES MICHAEL EMBRY,<br><br>Third-Party Defendant. | CAFN: 2023CV384406<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby affirm that a true and correct copy of the foregoing pleading was served via the Odyssey e-filing system to the following counsel of record:

Mary Trachian-Bradley
Briskin, Cross & Sanford, LLC
33 South Main Street, Suite 300
Alpharetta, GA 30009
(770) 410-1555
mcross@briskinlaw.com

Respectfully submitted this the 4th day of December, 2023.

**GAMBLE CLARK LLP**

/s/ Aaron M. Clark
Aaron M. Clark
Ga Bar No. 295700
869 Virginia Circle
Atlanta, Georgia 30306