# EXHIBIT 5

Fulton County Superior Court
***EFILED***AC
Date: 9/30/2024 7:34 PM
Che Alexander, Clerk

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| **EMBRY DEVELOPMENT COMPANY, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**DRIVE PLANNING, LLC, and R. TODD BUCKHALTER,**<br><br>**Defendants and Third-Party Plaintiffs,**<br><br>**vs.**<br><br>**JAMES MICHAEL EMBRY,**<br><br>**Third-Party Defendant.** | **CIVIL ACTION NO. 2023cv384406**<br><br>**JUDGE ADAMS** |

## FINAL ORDER STAYING CASE

The above-captioned case is presently before the Court on the Parties Notice of Appointment of Receiver and Stay of Action, wherein the parties report that the U.S. District Court for the Northern District of Georgia ("District Court") has appointed a receiver to "marshal and preserve all assets of Defendants" and restrained all persons from taking any action affecting said assets. Receivers are officers of the court who take possession of assets to preserve said assets on behalf of creditors where there is manifest danger of loss, destruction, or material injury to interested parties. O.C.G.A. § 9-8-3; Shaw v. Caldwell, 229 Ga. 87, 91-92, 189 S.E.2d 684 (1972). Here, the District

Court appointed a receiver related to property at issue in this matter. As such, the Court finds that the judicial economy warrants a stay of the above-captioned case. Accordingly, the above-captioned case is **STAYED** pending resolution of the receivership in SEC v. Drive Planning, LLC, *et al.*, Civ. Action No. 1:24-cv-03583-VMC (N.D. Ga. Aug. 13, 2024). Although the Court will retain jurisdiction over this matter, the Clerk of the Court is **DIRECTED** to place the above-captioned case on the inactive docket where it shall remain until a proper motion is filed and ruled upon by the Court.

**SO ORDERED**, this 30th day of September, 2024.

**HONORABLE KIMBERLY M. ESMOND ADAMS**
**SUPERIOR COURT OF FULTON COUNTY**
**ATLANTA JUDICIAL CIRCUIT**

**Distribution List:** *Filed and Served Electronically via Odyssey e-FileGA*